ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ANTONIO GARCIA,<br><br>Defendant. | Case Nos. 5:25-MJ-00058-CDB;<br>1:26-cr-00118-KES-EPG<br><br>STIPULATION TO VACATE PRELIMINARY HEARING AND SCHEDULE CHANGE OF PLEA; ORDER |

IT IS HEREBY STIPULATED between the parties that the preliminary hearing set for July 21, 2026, can be vacated and that a change of plea hearing can be scheduled for August 10, 2026, at 9:30 a.m., before the Honorable Kirk E. Sherriff. The parties have reached a plea agreement to resolve this case and will file the signed agreement shortly.

///

///

///

The parties agree that time shall be excluded from July 13, 2026, through August 10, 2026, for purposes of defense preparation pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: July 13, 2026

*/s/ David Torres*
David Torres
Counsel for Jose Antonio Garcia

Dated: July 13, 2026

*/s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney

ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ANTONIO GARCIA,<br><br>Defendant. | Case No. 5:25-MJ-00058-CDB;<br>1:26-cr-00118-KES-EPG<br><br>ORDER |

Upon the parties' stipulation, and for good cause shown, the preliminary hearing that is scheduled for July 21, 2026, is vacated, and a change of plea hearing is scheduled for August 10, 2026 in Courtroom 6 at 9:30 a.m., before the Honorable Kirk E. Sherriff.

///

///

///

Time shall be excluded from July 13, 2026, through August 10, 2026, for purposes of defense preparation pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: July 13, 2026

UNITED STATES DISTRICT JUDGE